**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT A

## Maryland Trade Name Registration

Maryland State Department of Assessments and Taxation
Trade Name Application — "The Valley" (T00490129)
Filed August 7, 2020 — Owner: Hagerstown Recovery LLC

# TRADE NAME APPLICATION

(1) Trade Name *(only one Trade Name may appear here)*:

The Valley (T00490129)

(2) Street address(es) where name is used *(P.O. Box number is only accepted when part of the physical address)*:

19120 Muncaster Road
Rockville, MD 20855

(3) Full Legal Name of Owner of Business or Individual Using the Trade Name:

Hagerstown Recovery LLC

(4) Department ID *(if applicable)*:

W20632758

(5) Address of Owner *(P.O. Box number is only accepted when part of the physical address)*:

30 courthouse sq #206
Rockville, MD 20850

(6) Description of Business:

The residential substance abuse care.

I affirm and acknowledge under penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Signature(s) of Owner(s):

James Peters, Attorney

**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT B

## Federal Trademark Registration

United States Patent and Trademark Office
Certificate of Registration No. 7,411,509 — THE VALLEY
Service Mark, Principal Register, International Class 44
Registered June 11, 2024

# United States of America

## United States Patent and Trademark Office

# The Valley

**Reg. No. 7,411,509**

**Registered Jun. 11, 2024**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

Hagerstown Recovery LLC (MARYLAND LIMITED LIABILITY COMPANY)

19120 Muncaster Road
Derwood, MARYLAND 20855

CLASS 44: Addiction treatment services; Rehabilitation of drug addicted patients; Rehabilitation patient care services which includes inpatient and outpatient care; Rehabilitation for substance abuse patients

FIRST USE 5-1-2021; IN COMMERCE 5-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-767,149, FILED 01-25-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT C

## Defendants' Infringing Advertisement

Google search results displaying Defendants' "Valley Detox Consultants" advertisement alongside and immediately beneath Plaintiff's "The Valley" listing — captured August 31, 2026


9:28
LTE
google.com
The Valley
29
9
95
Valley Detox
Consultants
Leesburg
Laurel
15
Ashburn
Sponsored
The Valley
4.6 ★ (73) · Addiction treatment center
Open 24 hours · 19120 Muncaster Road · 6.3 mi
The Valley® Rehab - We're more than just a treatment facility; we're your partners on the journey to recovery.
Call
Directions
Website
Reviews
The Valley
4.6 ★ (73) · Addiction treatment center
Open 24 hours · 19120 Muncaster Rd · 6.3 mi
"Five stars for **The Valley treatment** program!"
Call
Directions
Website
Share
Valley Detox Consultants
No ratings or reviews · Addiction treatment center
Open 24 hours · Gaithersburg, MD · 6.1 mi
Call
Directions
Website
Share
The Valley Treatment Center
https://www.thevalleydmv.com
The Valley | Residential Treatment Center in Maryland
The Valley is a small residential center for substance addictions in Rockville, MD. Counselors, full programs, and nurses are available.


8:45
01:51
5G UC
75
Open now
Top rated
4.4 ★ (21) · Women's shelter
Salisbury, MD
"This is a place where single mothers that actually want help."
Call
Directions
Website
Voices of Hope - Harford
4.9 ★ (30) · Support group
Opens soon · 9 AM · Aberdeen, MD
"This place is a good place.They help the community"
Call
Directions
Website
Valley Detox Consultants
No ratings or reviews · Addiction treatment center
Open 24 hours · Gaithersburg, MD
Call
Directions
Website
33431, Boca Raton, FL - From your device
Update location
Dark theme: off
Help
Feedback
Privacy
Terms

**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT D

## Google Business Listing Detail

"Valley Detox Consultants" — Addiction treatment center
813 Russell Ave, Gaithersburg, MD 20879
Telephone: (240) 813-3616

The Valley

People also search for

Potomac V...
4.3 (3
Rockville, MD
Open · Closes...
"The staff at Potomac...
WEBSITE DIRECTIONS

Valley Deto...
No reviews · ...
Gaithersburg, ...
Open 24 hour...
WEBSITE DIRECTIONS

AVERY RO...
4.1 (1
Rockville, MD
(301) 762-5613
"The building is very ne...
WEBSITE DIRECTIONS

Maryland ...
4.8 (4
North Bethesd...
Open · Closes...
"The house was very...
WEBSITE DIRECTIONS

The Freedo...
4.8 (1
Gaithersburg, ...
Open 24 hour...
"The in housing is...
WEBSITE DIRECTIONS

Ryan Reha...
4.8 (1
Montgomery ...
Open · Closes...
"Mrs Zola was my...
WEBSITE DIRECTIONS

Avery House Inc
3.1 (7) · Halfwa...
Rockville, MD
Open 24 hours · (301) 762-...
DIRECTIONS

TruHealing ...
No reviews · ...
Gaithersburg, ...
Open 24 hour...
WEBSITE DIRECTIONS

Montgome...
4.3 (2
Rockville, MD
Closed · Open...
"Each step truly...
WEBSITE DIRECTIONS

## Valley Detox Consultants

Website Directions Save
Share Call

Overview Reviews

**Located in:** Gateway Center

**Address:** 813 Russell Ave, Gaithersburg, MD 20879

**Hours:** Open 24 hours

**Phone:** (240) 813-3616

Suggest an edit · Own this business?

### Questions & answers

Be the first to ask a question

Ask a question

**Send to your phone** Send

### Review summary

Be the first to review

More Google reviews

Be the first to review

### People also search for

View 15+ more

The Valley
Rehabilitation center

The Freedom Center...
Addiction treatment center

Drug Detox Germantown
Counselor

TruHealing Gaithersburg
Addiction treatment center

Ape
Addi
treat
cent



**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT E

## Premier Health Group Ownership Disclosure

valleyofhopedrugrehabilitationcenter.org — home page
Footer disclaimer: fictitious business name of Mind and Body Sober Living LLC, a subsidiary of Premier Health Group; all Premier facilities located in Southern California

Call (888) 509-3051 to speak to a treatment advisor. Who Answers?

VALLEY OF HOPE Drug Rehabilitation Center PREMIER HEALTH GROUP RESOURCE

HOME | ABOUT US | CONTACT

View more details

# VALEY OF HOPE DRUG REHABILITATION CENTER

If you are addicted to drugs or alcohol, you know how difficult it is to stop. Addiction is a vicious disease that will take everything you have and destroy whatever is left. Living with a substance abuse disorder is excruciating, uncomfortable, and uncertain. You may not feel like you have anywhere to go, or anyone that cares about you. You are certainly wrong about that. We are committed to providing thoughtful, individualistic, and professional addiction care that is as compassionate

as it is effective. Give us a chance to show you how great living can be. With a little hard work and a positive attitude, your life will never be the same again. You'll be free to enjoy everything that the world has to offer without a monkey on your back or anguish in your heart.

Read more ›



Detox



Therapy



Aftercare

## What we have to offer.

+ Detox

+ Therapy

+ Aftercare



## IT'S TIME TO DO SOMETHING ABOUT YOUR ADDICTION

Call (888) 509-3051 Who Answers?

CONTACT US

**"Valley of Hope Drug Rehabilitation Center" is a fictitious business name of Mind and Body Sober Living LLC, a subsidiary of Premier Health Group, a California limited liability company. Premier Health Group's wholly owned and fully licensed drug addiction, mental health and substance abuse treatment facilities are located in Southern California.**

© 2020 Valley of Hope Drug Rehabilitation Center. All Rights Reserved. Terms of Use | Privacy Policy

**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT F

## Defendants' Maryland Landing Page

valleyofhopedrugrehabilitationcenter.org/gaithersburg-maryland-md/
"Drug Rehab in Gaithersburg, MD" — telephone (240) 813-3616
Captured August 31, 2026

Call (888) 509-3051 to speak to a treatment advisor. Who Answers?

VALLEY OF HOPE
Drug Rehabilitation Center
PREMIER HEALTH GROUP RESOURCE

HOME | ABOUT US | CONTACT

# Drug Rehab in Gaithersburg, MD

Turn Your Life Around Today

Call to Speak with an Addiction Specialist!

(240) 813-3616

**"Valley of Hope Drug Rehabilitation Center" is a fictitious business name of Mind and Body Sober Living LLC, a subsidiary of Premier Health Group, a California limited liability company. Premier Health Group's wholly owned and fully licensed drug addiction, mental health and substance abuse treatment facilities are located in Southern California.**

© 2020 Valley of Hope Drug Rehabilitation Center. All Rights Reserved. Terms of Use | Privacy Policy

**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT G

## Text Messages from Defendants

Text messages transmitted from (949) 514-6096 to Plaintiff's agent
August 31, 2026, 10:09 a.m. – 10:15 a.m.
Sender identified as "Lauren with Premier Health Group"


10:20
(949) 514-60...
10:09 AM
Texting with (949) 514-6096 (SMS/MMS)
Hi James, this is Lauren with Premier Health Group. It was a pleasure speaking with you this morning regarding your interest in treatment. The facility w ave
Text m...


10:20
(949) 514-60...
I apologize the message was cut off
Our Beachside facility is an inpatient, dual-diagnosis detoxification and residential treatment program, which is fully accr ited by
Text m...


10:20
(949) 514-60...
(JCAHO). Here is a link to the facility website: https://beachsidebhr.com/

I would be happy to coordinate your intake or help support you in any way needed. I hope to hear from
Text m...


10:20
(949) 514-60...
hr.com/
I would be happy to coordinate your intake or help support you in any way needed. I hope to hear from you soon!
Tap to load preview
10:15 AM
Text m...

**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT H

## California Secretary of State — Beachside Recovery LLC

Business record for BEACHSIDE RECOVERY LLC
Entity No. 201421210145 — registered July 30, 2014
620 Newport Center Dr, Ste 450, Newport Beach, CA 92660

California
Secretary of State

Business UCC

Login

Home

Search

Forms

Help

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.*

## Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1. Create a bizfile online account or login to your existing bizfile Online account.
2. Navigate back to the Search page, then locate and select the entity using the search tool below.
3. Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.
4. Complete your request online.

**Need help?** For more information, see the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information. For information on **access requests**, see the Account Access Guide.

## What's Included in Search

***Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations***

*PDF copies of recent **Statements of Information** and other filings.*

*Distinguishable entity names to be checked for name availability.*

*Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper Business Entity Records Order Form*

## Search Tips

*Search by **entity name** or **entity number** (remove "C" from number).*

*Performs a "keyword" search.*

*Results limited to the **500 closest matches***

*Advanced Search*

- *Use for **Publicly Traded Disclosure** Search.*
- ***Refine search** by specific entity type or grouping (e.g., Nonprofit Mutual Benefit Corporation or All Corporations), entity status, and/or Initial Filing Date range.*
- ***Begins with** filter for refined queries.*
- *View **more than the 500 default** results.*

## Important Notes

***Disclaimer:** All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

***Need help?** For more information, select Forms on the menu, view the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information*

***User Access Required** To file a Statement of Information online, your online business entity account **must have user access** established. **Accounts without user access established will not see the option to file a Statement of Information online.** For assistance obtaining user access, visit our Video Resources Library to view the **bizfile Online User Access Control Video***

Beachside Recovery LLC

Advanced

Results: 1

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|
| BEACHSIDE RECOVERY LLC (201421210145) | 07/30/2014 | Active | Limited Liability Company - CA | CALIFORNIA | C T CORPORATION SYSTEM |

BEACHSIDE RECOVERY LLC (201421210145)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 07/30/2014 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 620 NEWPORT CENTER DR STE 450 NEWPORT BEACH, CA 92660 |
| Mailing Address | 620 NEWPORT CENTER DR STE 450 NEWPORT BEACH,CA92660 |
| Statement of Info Due Date | 07/31/2028 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA<br>GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA<br>BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA<br>JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA<br>DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA<br>SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA<br>EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA<br>GLADYS AGUILERA 330 N BRAND BLVD, GLENDALE, CA<br>VIVIAN IMPERIAL 330 N BRAND BLVD, GLENDALE, CA<br>CARLOS PAZ 330 N BRAND BLVD, GLENDALE, CA<br>PETER CAYETANO 330 N BRAND BLVD, GLENDALE, CA<br>ELSA MONTANEZ 330 N BRAND BLVD, GLENDALE, CA<br>XENIA PEREZ 330 N BRAND BLVD, GLENDALE, CA<br>JAQUELINE MEJIA 330 N BRAND BLVD, GLENDALE, CA<br>HENRY LIWAG 330 N BRAND BLVD STE 700, GLENDALE, CA<br>ANGELICA BAUTISTA 330 N BRAND BLVD, GLENDALE, CA<br>AMANDA SCOTT 330 N BRAND BLVD STE 700, GLENDALE, CA<br>GUSTAVO SEVERIANO VERONICA 330 N BRAND BLVD STE 700, GLENDALE, CA |

View History Request Access

Business UCC

Home

Search

Forms

Help

BEACHSIDE RECOVERY LLC (201421210145)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 07/30/2014 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 620 NEWPORT CENTER DR STE 450 NEWPORT BEACH, CA 92660 |
| *Mailing Address* | 620 NEWPORT CENTER DR STE 450 NEWPORT BEACH,CA92660 |
| *Statement of Info Due Date* | 07/31/2028 |
| *Agent* | 1505 Corporation C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA<br>GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA<br>BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA<br>JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA<br>DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA<br>SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA<br>EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA<br>GLADYS AGUILERA 330 N BRAND BLVD, GLENDALE, CA<br>VIVIAN IMPERIAL 330 N BRAND BLVD, GLENDALE, CA<br>CARLOS PAZ 330 N BRAND BLVD, GLENDALE, CA<br>PETER CAYETANO 330 N BRAND BLVD, GLENDALE, CA<br>ELSA MONTANEZ 330 N BRAND BLVD, GLENDALE, CA<br>XENIA PEREZ 330 N BRAND BLVD, GLENDALE, CA<br>JAQUELINE MEJIA 330 N BRAND BLVD, GLENDALE, CA<br>HENRY LIWAG 330 N BRAND BLVD STE 700, GLENDALE, CA<br>ANGELICA BAUTISTA 330 N BRAND BLVD, GLENDALE, CA<br>AMANDA SCOTT 330 N BRAND BLVD STE 700, GLENDALE, CA<br>GUSTAVO SEVERIANO VERONICA 330 N BRAND BLVD STE 700, GLENDALE, CA |

View History Request Access

**Hagerstown Recovery LLC DBA The Valley v.**
**Beachside Recovery LLC and Premier Health Group LLC**

United States District Court for the District of Maryland (Southern Division)

---

# EXHIBIT I

## California Secretary of State — Premier Health Group LLC

Business record for PREMIER HEALTH GROUP LLC
Entity No. 201511210480 — registered April 16, 2015
620 Newport Center Drive, Ste 450, Newport Beach, CA 92660

California
Secretary of State

Business UCC

Login

Home

Search

Forms

Help

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.*

## Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1. Create a bizfile online account or login to your existing bizfile Online account.
2. Navigate back to the Search page, then locate and select the entity using the search tool below.
3. Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.
4. Complete your request online.

***Need help?*** *For more information, see the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information. For information on **access requests**, see the Account Access Guide.*

## What's Included in Search

***Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations***

*PDF copies of recent **Statements of Information** and other filings.*

*Distinguishable entity names to be checked for name availability.*

*Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper Business Entity Records Order Form.*

## Search Tips

*Search by **entity name** or **entity number** (remove "C" from number).*

*Performs a "keyword" search.*

*Results limited to the **500 closest matches***

*Advanced Search*

*Use for **Publicly Traded Disclosure** Search.*

***Refine search** by specific entity type or grouping (e.g., Nonprofit Mutual Benefit Corporation or All Corporations), entity status, and/or Initial Filing Date range.*

***Begins with** filter for refined queries.*

*View **more than the 500 default** results.*

## Important Notes

***Disclaimer:** All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

***Need help?** For more information, select Forms on the menu, view the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information.*

***User Access Required** To file a Statement of Information online, your online business entity account **must have user access** established. **Accounts without user access established will not see the option to file a Statement of Information online.** For assistance obtaining user access, visit our Video Resources Library to view the bizfile Online User Access Control Video.*

premier health group

Advanced

Results: 14

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|
| PREMIER HEALTH CARE MEDICAL GROUP, A PROFESSIONAL CORPORATION (1750092) | 09/02/1994 | Suspended - FTB/SOS | Stock Corporation - CA - Professional | CALIFORNIA | PETER ANIMAS |
| PREMIER HEALTH CHOICE MEDICAL GROUP, INC. (4324981) | 10/07/2019 | Terminated | Stock Corporation - CA - General | CALIFORNIA | MUKESH PATEL |
| PREMIER HEALTH GROUP LLC (201511210480) | 04/16/2015 | Active | Limited Liability Company - CA | CALIFORNIA | C T CORPORATION SYSTEM |
| PREMIER HEALTH GROUP, INC. (2390517) | 02/08/2002 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | JILL M DELEON |
| PREMIER HEALTH MANAGEMENT GROUP, INC. (1996618) | 12/23/1996 | Terminated | Stock Corporation - CA - General | CALIFORNIA | CYNDI WONG |
| Premier Health Medical Group of California, P.C. (6232440) | 05/21/2024 | Active | Stock Corporation - CA - Professional | CALIFORNIA | NORTHWEST REGISTERED AGENT, INC. |
| PREMIER HEALTH MEDICAL GROUP, INC. (1821105) | 05/11/1992 | Terminated | Stock Corporation - CA - General | CALIFORNIA | TERENCE HAMMER, MD |
| PREMIER HEALTH SOLUTIONS GROUP (3974868) | 12/27/2016 | Active - Pending Termination | Stock Corporation - CA - General | CALIFORNIA | JOSE MANUEL VILLEGAS |
| PREMIER HEALTHCARE CONSULTING GROUP, INC. (4587744) | 04/29/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | PAUL ADAMS |
| Premier Healthcare Medical Group, PC (5712305) | 05/10/2023 | Inactive | Name Reservation | CALIFORNIA | NO AGENT |
| Premier Healthcare Medical Group, PC (5724979) | 05/18/2023 | Active | Stock Corporation - CA - Professional | CALIFORNIA | NO AGENT |

PREMIER HEALTH GROUP LLC (201511210480)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 04/16/2015 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 620 NEWPORT CENTER DRIVE STE 450 NEWPORT BEACH, CA 92660 |
| Mailing Address | 620 NEWPORT CENTER DRIVE STE 450 NEWPORT BEACH,CA92660 |
| Statement of Info Due Date | 04/30/2027 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA<br>GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA<br>BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA<br>JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA<br>DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA<br>SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA<br>EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA<br>GLADYS AGUILERA 330 N BRAND BLVD, GLENDALE, CA<br>VIVIAN IMPERIAL 330 N BRAND BLVD, GLENDALE, CA<br>CARLOS PAZ 330 N BRAND BLVD, GLENDALE, CA<br>PETER CAYETANO 330 N BRAND BLVD, GLENDALE, CA<br>ELSA MONTANEZ 330 N BRAND BLVD, GLENDALE, CA<br>XENIA PEREZ 330 N BRAND BLVD, GLENDALE, CA<br>JAQUELINE MEJIA 330 N BRAND BLVD, GLENDALE, CA<br>HENRY LIWAG 330 N BRAND BLVD STE 700, GLENDALE, CA<br>ANGELICA BAUTISTA 330 N BRAND BLVD, GLENDALE, CA<br>AMANDA SCOTT 330 N BRAND BLVD STE 700, GLENDALE, CA<br>GUSTAVO SEVERIANO VERONICA 330 N BRAND BLVD STE 700, GLENDALE, CA |

View History

Request Access

Business UCC

Home

Search

Forms

Help

| | | | | | |
|---|---|---|---|---|---|
| PREMIERE HEALTH GROUP, INC. (3246458) | 05/14/2010 | Suspended - FTB/SOS | Stock Corporation - CA - General | CALIFORNIA | BRENNA JOHNSON |
| PREMIERE HEALTH GROUP, LLC (202464419250) | 11/04/2024 | Active | Limited Liability Company - CA | CALIFORNIA | LEON R MOORE |
| WILMORE PREMIER HEALTH GROUP, INC. (1876299) | 11/08/1993 | Terminated | Stock Corporation - CA - General | CALIFORNIA | SHAHRIAR S. RAD |

PREMIER HEALTH GROUP LLC (201511210480)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 04/16/2015 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 620 NEWPORT CENTER DRIVE STE 450 NEWPORT BEACH, CA 92660 |
| *Mailing Address* | 620 NEWPORT CENTER DRIVE STE 450 NEWPORT BEACH,CA92660 |
| *Statement of Info Due Date* | 04/30/2027 |
| *Agent* | 1505 Corporation C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA<br>GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA<br>BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA<br>JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA<br>DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA<br>SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA<br>EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA<br>GLADYS AGUILERA 330 N BRAND BLVD, GLENDALE, CA<br>VIVIAN IMPERIAL 330 N BRAND BLVD, GLENDALE, CA<br>CARLOS PAZ 330 N BRAND BLVD, GLENDALE, CA<br>PETER CAYETANO 330 N BRAND BLVD, GLENDALE, CA<br>ELSA MONTANEZ 330 N BRAND BLVD, GLENDALE, CA<br>XENIA PEREZ 330 N BRAND BLVD, GLENDALE, CA<br>JAQUELINE MEJIA 330 N BRAND BLVD, GLENDALE, CA<br>HENRY LIWAG 330 N BRAND BLVD STE 700, GLENDALE, CA<br>ANGELICA BAUTISTA 330 N BRAND BLVD, GLENDALE, CA<br>AMANDA SCOTT 330 N BRAND BLVD STE 700, GLENDALE, CA<br>GUSTAVO SEVERIANO VERONICA 330 N BRAND BLVD STE 700, GLENDALE, CA |

View History Request Access